■ FEDERAL EXPRESS CORPORATION, Respondent, v FEDERAL JEANS, INC., Appellant. [788 NYS2d 113]—

Judgment, Supreme Court, New York County (Paula J. Omansky, J.), entered December 8, 2003, awarding plaintiff damages in the principal amount of $41,762, unanimously affirmed, with costs.

Defendant received plaintiff's invoices for services rendered, and retained them without properly objecting in a reasonable amount of time. Failure to pay those invoices entitled plaintiff to judgment on an account stated (*see Manhattan Telecom. Corp. v Best Payphones*, 299 AD2d 178 [2002], *lv denied* 100 NY2d 507 [2003]). Contrary to defendant's contention, the computer-generated invoices and billing records of the amounts due were

properly admitted as business records since plaintiff established that the information contained therein was entered into the computer in the regular course of business (*see* CPLR 4518 [a]; *Gailey Co. v Wahl*, 262 AD2d 985 [1999]).

We have considered defendant's remaining contentions and find them without merit. Concur—Mazzarelli, J.P., Williams, Gonzalez, Sweeny and Catterson, JJ.